United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALAN NELSON CROTTS, *Plaintiff*, | § § § § |
| v. | §  Civil Action No. 4:25-cv-05335 |
| FREEDOM MORTGAGE CORPORATION, *Defendant*. | § § § § § |

# ORDER

On December 18, 2025, Magistrate Judge Peter Bray recommended that the Court deny Plaintiff Alan Crotts's Motion for Temporary Restraining Order (Doc. #10). Doc. # 11. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. The Court notes that although Plaintiff filed a supplement to his Motion for Temporary Restraining Order, no party has filed objections. *See* Doc. # 13.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Therefore, Plaintiff Alan Crotts's Motion for Temporary Restraining Order (Doc. #10) is DENIED.

It is so ORDERED.

JAN 0 5 2026
Date

The Honorable Alfred H. Bennett
United States District Judge